UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS JONATHAN EPPERSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>HOUSE OF ASSEMBLY; RUSSIA, PRESIDENT; CHINA, VICE PRESIDENT; CANADA, SECRETARY OF STATE; AUSTRIA, AMBASSADOR HEAD OF STATE; UNITED NATIONS; HOUSE OF COMMONS,<br><br>                    Defendants. | 24cv6852 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 16, 2024, order, this action is dismissed. The complaint, filed in forma pauperis under 28 U.S.C. § 1915(a), is dismissed as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   October 18, 2024
         New York, New York

                                                       /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge